**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLARENCE WILLIAMS, | ) | NO. CV 07-08346 PA (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 21, 2009

                                    _____
                                    PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE